# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. )     CRIM   01-25   ERIE
)
MICHAEL HENRY HARRISON   (1) )
)
)

## NOTICE

The above entitled case is set for _____ RE-SENTENCE _____

on __October 4   2005_____ at ___11:00a.m.___ in Courtroom A, 2nd Floor, U.S.

Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District

Judge.

Richard Witas, Courtroom Deputy Clerk

Date:        August 16, 2005

Copies to:        Marshall Piccinini, AUSA
Thomas Patton, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh