IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-25 Erie |
| | ) |
| MICHAEL HENRY HARRISON | ) |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Michael Henry Harrison, 11075-040, Year of Birth: 1955, Caucasian, Male.

2. Detained by: FCI Milan, East Arkona Road, Milan, Michigan 48160.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Section 2252(a)(1), and is presently in federal custody at FCI Milan, Milan, Michigan.

4. The above case is set for resentencing at Erie, Pennsylvania on October 4, 2005, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FCI Milan, Milan, Michigan has no objection to the granting of this petition.

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

August 18, 2005
DATE

Maurice B. Cohill Jr.
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney