**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

vs.

MICHAEL HENRY HARRISON (1)

Defendant

No. CRIM 01-25 ERIE

**HEARING ON** Re-Sentence

Before Judge MAURICE B. COHILL, JR.,

Marshall J. Piccinini, AUSA          Thomas W. Patton, Esq.

*Appear for Plaintiff*                *Appear for Defendant*

Hearing begun 4:00   10/12/05        Hearing adjourned to _____

Hearing concluded C.A.V. 4:30  10/12/05   Stenographer Mickey Powers

**WITNESSES:**

For Plaintiff                         For Defendant

ON Remand.

Defendant's sentence imposed on 10/16/02 (Doc. 27) of 63 months is reduced to 60 months. All other terms + conditions remain.

Order to be entered.