**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA )
)
vs. )     Crim. No.  01-25  Erie
)
)
)
MICHAEL HENRY HARRISON )
)

## ORDER

AND NOW, to-wit, this 12th day of October, 2005, the Court having held a re-sentencing hearing upon remand from the United States Court of Appeals for the Third Circuit,  it is HEREBY ORDERED, ADJUDGED, and DECREED that the Court's original sentence imposed on October 16, 2002 (Doc. 27), of 63 months' imprisonment, is hereby reduced to _60_ months' imprisonment.

The original term of 3 years supervised release, and all other conditions of supervision previously imposed will remain unchanged and in full force and effect.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record
Bureau of Prisons
Probation
U.S. Marshall